NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUN 14 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-50290 |
| Plaintiff-Appellee, | D.C. No. 8:15-cr-00128-PA |
| v. | |
| REYES FERNANDEZ RAMOS, a.k.a. Reyes Fermandes, a.k.a. Reyes Fernandeo, a.k.a. Reyes Fernandeo-Ramos, a.k.a. Reyes Fernandez, a.k.a. Reyes Fernandez-Ramos, a.k.a. Jose Rivera Hernandez, a.k.a. Jose Patinos, a.k.a. Reyes Ramos, a.k.a. Ramos Reyes, a.k.a. Jose Patino Salsedo, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted June 12, 2018**

Before:    RAWLINSON, CLIFTON, and NGUYEN, Circuit Judges.

Reyes Fernandez Ramos appeals from the district court's judgment and

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

challenges his guilty-plea conviction and 168-month sentence for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ramos's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ramos the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Ramos waived his right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to the voluntariness of Ramos's plea. We therefore affirm as to that issue and dismiss the remainder of the appeal of his conviction.

Ramos also waived the right to appeal most aspects of his sentence. We dismiss Ramos's sentencing appeal as to those aspects of his sentence that are covered by the waiver and affirm as to all other issues except as to the three supervised release conditions, standard conditions five, six, and fourteen, which are unconstitutionally vague. *See United States v. Evans*, 883 F.3d 1154, 1162-64 (9th Cir. 2018); *see also United States v. Watson*, 582 F.3d 974 (9th Cir. 2009) (an appeal waiver does not bar a constitutional challenge to a supervised release condition). We remand for the district court to modify these conditions consistent

16-50290

with our opinion in *Evans*.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part; REMANDED with instructions.**